AARON D. FORD
Attorney General
KEITH G. MUNRO, Bar No. 5074
Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1272
E-mail: kmunro@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANE BROOKS,<br><br>    Plaintiff,<br><br>vs.<br><br>DOCTOR EXXUM, et al.,<br><br>    Defendants. | Case No. 3:21-cv-00506-RCJ-CSD<br><br>ORDER<br>**Stipulation for Dismissal**<br>**With Prejudice** |

  Plaintiff Shane Brooks, and the Interested Party, the Nevada Department of Corrections, stipulate that the above-captioned action, and all parties and all related claims known and unknown, should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

  DATED this 8th day of August, 2023.

            AARON D. FORD
            Attorney General

            By: /s/ *Keith G. Munro*
               KEITH G. MUNRO, Bar No. 5074
               Deputy Attorney General

               *Attorneys for Defendants*

HUTCHISON & STEFFEN, PLLC

*/s/ Courtney Christopher*
David J. Mortensen, Esq. (NBN 2547)
Courtney Christopher, Esq. (NBN 12717)
Brittany A. Lewis, Esq. (NBN 14565)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Telephone:   (702) 385-2500
Facsimile:   (702) 385-2086
dmortensen@hutchlegal.com
cchristopher@hutchlegal.com
blewis@hutchlegal.com
*Attorneys for Defendants*
*Michael Hanf, M.D., Wade Exxum, M.D.*

Shane Brooks

**ORDER**

**IT IS SO ORDERED:**

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATED: August 8, 2023